**Robert Meyer**, OSB No. 086470
Robert K. Meyer, Attorney at Law, P.C.
2501 SW 1st Avenue, Suite 230
Portland, OR 97201
Tel: 503.459.4010
Fax: 503.914.1461
robert@robertmeyerlaw.com

**Christina Stephenson**, OSB No. 102287
Stephenson Law, LLC
2501 SW 1st Avenue, Suite 230
Portland, OR 97201
Tel: 503.610.9225
Fax: 503.512.5022
christina@stephensonlawpdx.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THOM JENSEN, individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>FISHER BROADCASTING – PORTLAND TV, LLC, now known as SINCLAIR TELEVISION OF PORTLAND, LLC, and FISHER BROADCASTING COMPANY, now known as SINCLAIR TELEVISION MEDIA, INC., and FISHER COMMUNICATIONS, INC., now known as SINCLAIR BROADCAST GROUP, INC.,<br><br>       Defendants. | Case No. 3:14-cv-00137-AC<br><br>STIPULATED JUDGMENT AND ORDER CONFIRMING ARBITRATION AWARD |

///

///

PAGE 1 - JUDGMENT AND ORDER CONFIRMING ARBITRATION AWARD

Following the arbitration hearing conducted by Arbitrator Marshall Amiton December 5, 2016 to December 16, 2016 and subsequent written briefing, the arbitrator issued his final award in this matter on May 24, 2017. The arbitrator's final written order is attached hereto as Exhibit 1 and incorporated herein by reference. This matter came before Judge John V. Acosta on the Plaintiff's [unopposed] Application for an Order Confirming Arbitration Award. After reviewing the application, the Court orders that:

Plaintiff's Application for an Order Confirming the Arbitration Award is Granted.

Plaintiff is entitled to receive and recover from Defendants the following:

1. Overtime damages: $20,748.01;
2. Penalty damages: $10,188.00;
3. Attorney Fees: $132,454.34;
4. Costs: $5,737.22;
5. The total award is $169,127.57.
6. Payment is to be made by Defendants within 30 days of the date of this order.

This award is in resolution of all claims in the case herein, which arose out of the Plaintiff's employment by Defendants.

It is so ordered, this 15th day of June 2017.

JOHN V. ACOSTA
United States ~~District~~ Judge
Magistrate

Submitted by:
Robert K. Meyer, OSB # 086470
Robert K. Meyer, Attorney at Law, P.C.
2501 SW 1st Avenue, Suite 230
Portland, OR 97201
Of Attorneys for Plaintiff